UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-CV-263 |
| ) | |
| v. ) | Hon. Judge Stephanie L. Haines |
| ) | |
| ONLY ONE HUB, INC. A/K/A ONLY ) | |
| ONE HUB D/B/A PRIMUS ) | |
| HEALTHCARE AND RICHARD ) | |
| HERSPERGER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION/APPLICATION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT ONLY ONE HUB, INC.**

NOW COMES Plaintiff, Value Drug Company, by and through its attorneys, Jennifer P. Richnafsky, Esquire, Christopher J. Davis, Esquire, and Sherrard, German & Kelly P.C., and files the within Motion/Application for Default Judgment Against Defendant Only One Hub, Inc., and in support thereof, states as follows:

1. On July 3, 2023, the Court of Common Pleas of Blair County, Pennsylvania, issued Writs of Summons to Defendants Only One Hub, Inc. ("OOH") and Richard Hersperger ("Hersperger").

2. Counsel accepted service of those Writs of Summons on behalf of both Defendants on July 7, 2023.

3. Service on both Defendants was formally completed on July 24, 2023, when Defendants' Acceptance of Service was filed with the Court of Common Pleas of Blair County, Pennsylvania.

4. Plaintiff thereafter filed a Complaint in Civil Action (the "Complaint") with the Court of Common Pleas of Blair County, Pennsylvania on September 25, 2023. Under the Pennsylvania Rules of Civil Procedure, Defendants had twenty (20) days to file a responsive pleading to the Complaint in Civil Action. *See* Pa. R.C.P. 1026.

5. Plaintiff granted OOH a limited extension to respond to the Complaint, until October 31, 2023.

6. On October 26, 2023, a Notice of Removal was filed and the above-entitled action was removed to the United States District Court for the Western District of Pennsylvania at the request of OOH. (ECF No. 1).

7. Pursuant to Federal Rule of Civil Procedure 81(c), OOH was required to file a responsive pleading within seven (7) days after the filing of the Notice of Removal, by November 2, 2023. As of November 2, 2023, far more than twenty-one (21) days had passed since service on OOH was completed and since Value Drug filed its complaint. *See* F.R.C.P. 81(c).

8. On November 6, 2023, Value Drug filed a Request to Enter Default Against All Defendants with this Honorable Court, along with an accompanying Affidavit for Entry of Default. (ECF No. 5). Value Drug additionally sent a courtesy copy to both Defendants via email.

9. On November 6, 2023, counsel for OOH requested that Value Drug refrain from filing additional documents to enter a default judgment against OOH until Friday, November 10, 2023. The undersigned agreed, provided that OOH filed a response to Value Drug's Complaint by November 10, 2023.

10. OOH did not file a response to the Complaint by November 10, 2023 and, to date, has not filed a response.

11. On November 13, 2023, the Clerk of this Honorable Court entered default as to both OOH and Mr. Hersperger (ECF No. 7).

12. More than twenty-one (21) days have elapsed since service of the Complaint, and more than seven (7) days have elapsed since the removal of this matter to federal court, and Value Drug has not granted an additional extension to OOH other than those stated above. OOH has failed to answer or otherwise defend the Complaint.

13. The amount of judgment yet to be determined is justly due and no part thereof has been paid. Further, part of the relief that Value Drug seeks against OOH is injunctive relief in the form of a limited, temporary receiver, and an accounting is also required in order to effectuate judgment against OOH.

WHEREFORE, Plaintiff Value Drug Company respectfully requests that this Honorable Court enter an Order in the form attached hereto granting a default judgment in favor of Value Drug Company and against Defendant Only One Hub, Inc., together with all recoverable damages, expenses, costs, attorneys' fees, injunctive relief in the form of a receiver, an accounting, and interest appropriately due, as well as such further relief that this Honorable Court deems just and proper.

Dated:  November 15, 2023

Respectfully submitted,

SHERRARD, GERMAN & KELLY, P.C.

By:   */s/ Jennifer P. Richnafsky*
Jennifer P. Richnafsky, Esq.
Pa. I.D. 314764
Christopher J. Davis, Esq.
Pa. I.D. 92876

535 Smithfield Street, Suite 300
Pittsburgh, PA  15222
(412) 355-0200
Email: jennifer.richnafsky@sgkpc.com
chris.davis@sgkpc.com
Firm No. 006
*Counsel for Plaintiff Value Drug Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed Plaintiff's foregoing Motion/Application for Default Judgment Against Defendant Only One Hub, Inc. using the CM/ECF filing system, which will send notification of such filing to all counsel of record, and additionally served the following designated persons by email:

Amy Thomas, Esq.
Only One Hub, Inc.
100 W High Street
Ebensburg, PA 15931
amythomasesquire@onlyonehub.com

Richard Hersperger
5575 Gulf Blvd, Unit 335
St. Pete Beach, FL 33706
rghersperger@gmail.com

Dated: November 15, 2023

/s/ *Jennifer P. Richnafsky*
Jennifer P. Richnafsky